**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3220**

---

JUAN L. STEWARD,

Plaintiff - Appellant,

versus

JOHN H. DALTON, Secretary, Department of the
Navy,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-95-791-2)

---

Submitted:  May 16, 1996                 Decided:  May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Juan L. Steward, Appellant Pro Se.  Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing his Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Steward v. Dalton, No. CA-95-791-2 (E.D. Va. Dec. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED